Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Juan Carlos Rodriguez,<br><br>  Defendant. | Case No. 2:15-cr-00140-GMN-VCF-2<br><br>**First Stipulation to Continue Revocation Hearing** |

On June 25, 2020, Juan Carlos Rodriguez appeared on the petition to revoke his supervised release. The government did not seek detention, and Magistrate Judge Ferenbach ordered Rodriguez released on previous conditions.[1] The revocation hearing is currently set for July 15, 2020, at 11:00 a.m., and defense counsel will return from out-of-state travel only three days before. The parties hereby request that this hearing be continued for at least 30 days to allow the parties additional time to resolve the petition short of a contested hearing and to avoid COVID-19-related safety concerns. Rodriguez is not in custody and he agrees to the continuance.

---

[1] ECF No. 89 (minutes).

DATED: June 30, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|   */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender |   */s/ Jessica Oliva*<br>By_____<br>Jessica Oliva<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Juan Carlos Rodriguez,<br><br>    Defendant. | Case No. 2:15-cr-00140-GMN-VCF-2<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 30 days.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 15, 2020, at 11:00 a.m. is vacated and continued to August 19, 2020, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED: __1__ day of July, 2020.

_____
Gloria M. Navarro
United States District Judge